# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Skeet Dunn

_Index No._ 08 CV 1846

_Plaintiff(s) Petitioner(s)_

against

Carl DuBois, sued in his official and individual capacities

_Defendant(s) Respondent(s)_

**AFFIDAVIT OF SERVICE**

ORANGE COUNTY, NEW YORK STATE: MICHAEL CRUDELE being sworn says: Deponent is not a party herein, is over 18 years of age and resides at 66 Hickory Drive, Campbell Hall, NY

On 3-3-2008 at 10:10 A.M., at 110 Wells Farm Road Goshen NY deponent served the within:
- ☐ summons   ☐ with notice
- ☒ summons and complaint
- ☐ notice of petition and petition
- ☐ subpoena   ☐ subpoena duces tecum
- ☐ summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)
- ☐ citation
- ☒ United States District Court

on Carl Dubois c/o Orange County Jail

☒ defendant (hereinafter called therein named the recipient)
☐ respondent
☐ witness

**SUITABLE AGE PERSON** ☒ by delivering thereat a true copy of each to Richard P. Onorati Chief Deputy Sheriff thereof a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**DESCRIPTION:**
- ☒ Male   ☐ Female
- ☒ White Skin
- ☒ Brown Hair
- ☒ 36-50 Yrs.
- ☒ 5'9"-6'0"
- ☒ 161-200 Lbs.

Witness Fees: $ — 

☒ Military Service

Michael Crudele